```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    VONG MAO
 7
```

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) No. Cr.S 13-259-AC |
|----|---|---|
| 12 | Plaintiff, | ) |
| 13 | v. | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING INITIAL APPEARANCE |
| 14 | VONG MAO, | ) |
| 15 | Defendant. | ) Date: September 13, 2013<br>) Time: 9:00 a.m. |
| 16 | _____ | ) Judge: Hon. Allison Claire<br>) |

17

18

19       IT IS HEREBY STIPULATED between the parties through their

20  respective counsel, Special Assistant United States Attorney Michael

21  Stanley and Chief Assistant Federal Defender LINDA C. HARTER, attorney

22  for VONG MAO, that the Court vacate the Initial Appearance set for

23  September 9, 2013 at 2:00 p.m. and set a new Initial Appearance on

24  September 13, 2013 at 2:00 p.m.

25       The reason for this continuance is the defendant requires a

26  / / /

27  / / /

28  / / /

Cambodian Interpreter.  Interpreter Ratanna Pok is only available on Friday, September 13, 2013.

Dated: August 22, 2013

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

          /s/ Linda C. Harter
          LINDA C. HARTER
          Chief Assistant Federal Defender
          Attorney for Defendant
          VONG MAO

Dated: August 22, 2013      BENJAMIN B. WAGNER
          United States Attorney

          /s/ Linda C. Harter for
          MICHAEL STANLEY
          Special Assistant United States
          Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 22, 2013

          ALLISON CLAIRE
          United States Magistrate Judge