BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00259-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| VONG MAO, | DATE: February 24, 2014 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Allison Claire |

It is hereby ordered that the status conference currently scheduled for February 24, 2014 is continued to April 10, 2014.  It is further ordered that the time from the date of the parties' stipulation, and through April 10, 2014, be excluded from the calculation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: February 21, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1